IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 5:22-cv-0048-JKP |
| FLYIN' DIESEL PERFORMANCE & OFFROAD, LLC, ROSS M. DUNAGAN, INDIVIDUALLY AND D/B/A AIRPORT RACE WARS 2, ABEL & KARLA MARTINEZ, JR., INDIVIDUALLY and as HUSBAND AND WIFE and as the NATURAL PARENTS AND REPRESENTATIVES OF THE ESTATE OF SANTIAGO MARTINEZ, FRANCISCO GERARDO RECIO PALACIOS, INDIVIDUALLY and O/B/O THE ESTATE OF REBECCA CEDILLO and THEIR SURVIVING NATURAL CHILDREN, CHANCE JONES, INDIVIDUALLY and as REPRESENTATIVE OF THE ESTATE OF D.I.T.J., DELIA JONES, INDIVIDUALLY and as NEXT FRIEND OF J.D.J. and MARY KATE WALLS, INDIVIDUALLY and as NEXT FRIEND OF G.M.J. | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**PLAINTIFF KINSALE INSURANCE COMPANY'S NOTICE OF APPEAL**

1. Pursuant to Fed.R.App.P. 3, Plaintiff Kinsale Insurance Company desires to appeal the following Order and Final Judgment entered in the above-referenced cause of action:

- Order signed March 31, 2023 (Dkt. 36)

- Final Judgment, signed April 18, 2023 (Dkt. 39)

2. Appeal is taken to the United States Court of Appeals for the Fifth Circuit.

1

COZEN O'CONNOR

*/s/ Gregory S. Hudson*
Gregory S. Hudson
State Bar No. 00790929
LyondellBasell Tower
1221 McKinney St., Suite 2900
Houston, Texas 77010
Tel. No. 832.214.3900
Fax. No. 832.214.3905
ghudson@cozen.com

ATTORNEYS FOR PLAINTIFF
KINSALE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all counsel via electronic mail, the CM/ECF system, and/or another means in accordance with the Federal Rules of Civil Procedure, on May 2, 2023.

*/s/ Gregory S. Hudson*
Gregory S. Hudson