UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KINSALE INSURANCE COMPANY,

    *Plaintiff*,

v.                                                          Case No. 5:22-CV-0048-JKP

FLYIN' DIESEL PERFORMANCE &
OFFROAD, LLC, et al.,

    *Defendants*.

## FINAL JUDGMENT
## FOLLOWING REMAND

Consistent with the Fifth Circuit's reversal and remand, this Court has granted summary judgment for Plaintiff Kinsale Insurance Company. In accordance with the grant of summary judgment, the Court **DECLARES** that the insurance policy in question is unambiguous, and that Kinsale Insurance Company owes no duty to defend or indemnify in the underlying lawsuit prompting this case. Costs are awarded to Plaintiff as the prevailing party. **The Clerk of Court is DIRECTED to close this case as all matters have been resolved.**

IT IS SO ORDERED this 23rd day of May 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE